**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone: 602/258-7701
Telecopier: 602/257-9582

Jeffrey R. Simmons - 011096
William Scott Jenkins, Jr. - 021841
Lynne T. Ingram - 022193

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KNIGHT REFRIGERATED, L.L.C., | No. CV05-1564-PHX-SRB |
| Plaintiff, | **STIPULATED JUDGMENT AGAINST CAFÉ VALLEY, INC.** |
| v. | |
| CAFÉ VALLEY, INC. | (The Honorable Susan R. Bolton) |
| Defendant. | |

Knight Refrigerated, L.L.C. ("Plaintiff") and Café Valley, Inc. ("Defendant") have entered into a settlement agreement, and having stipulated to the entry of this Stipulated Judgment, and for good cause appearing,

**IT IS ORDERED** granting judgment to Plaintiff and against Defendant in the amount of twenty-two thousand eight hundred ninety-nine dollars and zero cents ($22,899.00), plus interest at the rate of ten (10%) percent per annum from the date of Stipulated Judgment, until paid in full.  Plaintiff is also entitled to any after-incurred costs of collection and/or enforcement, including reasonable attorneys' fees, expenses, and costs.

643404.1
8/9/2005

1     **IT IS ALSO ORDERED** that this Stipulated Judgment shall constitute a
2 final order under Rule 54(b), *Fed.R.Civ.P.*, as there is no just reason for delay.
3     DATED this 6th day of September, 2005.

_____
Susan R. Bolton
United States District Judge